IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
RICKY D. ANDERSON, JR.,              No. C 11-04275 CW (PR)

        Plaintiff,                   ORDER OF DISMISSAL

    v.

ALAMEDA COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.
_____/
```

Plaintiff filed the present pro se civil rights action under 42 U.S.C. § 1983 when he was incarcerated at the Santa Rita County Jail (SRCJ). He makes the following allegations in the complaint:

> On or about May 22, 2011 I was called to sick call by a nurse and was told that a doctor would not want to see me for extreme pain that comes from a gunshot wound to my face. I was not seen by a doctor for months and was prescribed the lowest cost $ for pain medication. In months time my condition had worsened ears, breathing, facial pain.

Compl. at 3:10-17.

On April 10, 2012, the Court reviewed the allegations in the complaint and found as follows:

> Here, Plaintiff's claims cannot proceed as plead because he has not provided sufficient facts for the Court to determine whether he states a cognizable claim for relief. He does not explain, for example, the exact nature of his injury, the medical care he requires, the reasons provided for refusing him such medical care, and why the prescribed medicine he received was inadequate. Additionally, he has linked no Defendant or any other individual to his allegations and an identifiable injury.
>
> Accordingly, Plaintiff's complaint is DISMISSED for failure to state a cognizable claim for relief. He may file am amended complaint in which he (1) alleges sufficient facts for the Court to determine whether he states a claim for the violation of his constitutional rights, and (2) clearly links Defendants to the alleged injury or injuries for which the Defendants are alleged

to be responsible.

Apr. 10, 2012 Order (Order) at 2:28-3:14.

    The Court directed Plaintiff to file his amended complaint within thirty days from the date of the Order, and informed him that if he failed to do so "the case will be dismissed without prejudice and will be closed." Order at 4:7-8.

    On May 1, 2012, the copy of the Order sent by the Clerk of the Court to Plaintiff at the SRCJ was returned as undeliverable, for the reason that he no longer is in custody. Docket no. 6. On May 11, 2012, Plaintiff notified the Court of his new address at San Quentin State Prison. Docket no. 7. On May 21, 2012, the Clerk sent the Order of dismissal with leave to amend to Plaintiff at his new address. Docket no. 8.

    More than thirty days have passed since the Clerk sent the Order to Plaintiff at San Quentin State Prison, and he has not filed an amended complaint or otherwise communicated with the Court. Accordingly, this case is hereby DISMISSED without prejudice.

    The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

DATED: 6/20/2012

CLAUDIA WILKEN  
UNITED STATES DISTRICT JUDGE