IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY D. ANDERSON, JR.,          No. C 11-04275 CW (PR)

    Plaintiff,                 JUDGMENT

  v.

ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.
_____/

    Pursuant to the Court's Order of today's date dismissing the instant action, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 6/20/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE